# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHEREN DISTIRCT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | CASE NUMBER: |
| | * | 1:20-CR-00494-LMM-LTW |
| Vs. | * | |
| | * | |
| JOHNNY COLESON, | * | |
| | * | |
| Defendant. | * | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT JOHNNY COLESON OR, IN THE ALTERNATIVE, MOTION TO CONTINUE THE SENTENCING HEARING

**NOW COMES** REGINALD L. WINFREY, ESQ. ("Attorney") and moves this Court for an Order releasing him from representing Defendant Johnny Coleson. In support of this motion, Attorney shows this Honorable Court the following:

1.

Defendant hired Attorney AFTER Defendant had already pled guilty to Counts 1 and 26 of the indictment.

2.

Attorney was hired to file a pre-sentencing bond motion, to represent Defendant during his proffer meeting, and to represent Defendant at the sentencing hearing. However, Defendant has only paid Attorney for the pre-sentencing bond motion and the proffer meeting representation. Defendant has not paid Attorney to represent him at the sentencing hearing.

3.

Notwithstanding that, Attorney started preparing for the sentencing hearing.

4.

While preparing for the sentencing hearing, Defendant instructed Attorney to file a motion to withdraw his guilty plea.

5.

When Defendant made this request, Attorney informed Defendant that he would file the requested motion and that he would also file a motion to withdraw as his attorney.

6.

So, Attorney stopped preparing for the sentencing hearing and started preparing the motion to withdraw the guilty plea and the motion to withdraw as Defendant's attorney.

7.

If the Court grants Defendant's motion to withdraw his guilty plea, Attorney requests an Order allowing him to withdraw as Defendant's attorney.

8.

If the Court denies Defendant's motion to withdraw his guilty plea, Attorney requests an Order allowing him to withdraw as Defendant's attorney so that either Defendant or Defendant's new attorney can have adequate time to prepare for the sentencing hearing.

9.

If the Court denies Defendant's motion to withdraw his guilty plea AND denies this motion for Attorney to withdraw from this case, Attorney

humbly requests a continuance of the sentencing hearing so that he will have enough time to properly prepare for the hearing.

**WHEREFORE,** Attorney prays that this Honorable Court would inquire into and grant this motion. Attorney also prays for such other and further relief that this Court deems fair, just, and appropriate.

This 4th day of November, 2021.

Respectfully submitted,

/s/ Reginald L. Winfrey
Reginald L. Winfrey, Esq.
Attorney for Defendant
Georgia Bar No. 770460

The CD Firm, LLC
P.O. Box 18862
Atlanta, GA 31126
470-400-9461

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHEREN DISTIRCT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | CASE NUMBER: |
| | * | 1:20-CR-00494-LMM-LTW |
| Vs. | * | |
| | * | |
| JOHNNY COLESON, | * | |
| | * | |
| Defendant. | * | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing pleading by email and the CM/ECF system which will send notice of filing and pleading to:

| | |
|---|---|
| Stephen H. McClain, Esq. | Johnny Coleson |
| US Attorney's Office | Robert A. Deyton Detention Facility |
| 75 Ted Turner Drive, SW | 11866 Hastings Bridge Road |
| Suite 600 | P.O. Box 429 |
| Atlanta, GA 30303 | Lovejoy, GA 30250 |

Respectfully submitted,

/s/ Reginald L. Winfrey
Reginald L. Winfrey, Esq.
Attorney for Defendant
Georgia Bar No. 770460

The CD Firm, LLC
P.O. Box 18862
Atlanta, GA 31126
470-400-9461